Order Filed on
**7/30/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| WASSERMAN, JURISTA & STOLZ, P.C.<br>225 Millburn Avenue - Suite 207<br>P.O. Box 1029<br>Millburn, New Jersey  07041<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>Counsel for Robert B. Wasserman, Chapter 7 Trustee<br>**(SCOTT S. REVER-SR1425)** | |
| In Re:<br><br>**STEPHEN DISALVO,**<br><br>                Debtor. | Case No.: 07-20047 DHS<br><br><br>Judge: Donald H. Steckroth |

## AMENDED ORDER COMPELLING STEPHEN AND JOSEPHINE DISALVO AND ANY OTHER PARTIES TO VACATE REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED.**

**DATED: 7/30/2008**

_Donald H. Steckroth_
Honorable Donald H. Steckroth
United States Bankruptcy Judge

**(Page 2)**

| | |
|---|---|
| Debtor: | Stephen DiSalvo |
| Case No.: | 07-20047 DHS |
| Caption of Order: | Amended Order Compelling Stephen and Josephine DiSalvo and any other parties to Vacate Real Property |

---

**THIS MATTER,** having come before the court by reason of the filing of a motion by Robert B. Wasserman, Chapter 7 Trustee, by and through his counsel, Wasserman, Jurista & Stolz, P.C., seeking the entry of an Order compelling Stephen and Josephine DiSalvo to vacate real property, and for good cause shown, it is hereby

**ORDERED,** that Stephen and Josephine DiSalvo and any other parties residing at the property known as 172 Delaware Avenue, Haworth, New Jersey shall vacate the Property and turn over the keys for the Property to the Trustee no later than June 15, 2008; and it is further

**ORDERED,** that if Stephen and Josephine DiSalvo and any other parties residing at the Property known as 172 Delaware Avenue, Haworth, New Jersey, fail to vacate the Property and turnover the keys to the Trustee as set forth herein, the U.S. Marshal Service shall remove such persons from the Property; and it is further

**ORDERED,** that if the U.S. Marshal is needed to remove persons from the Property, Robert B. Wasserman, the Chapter 7 Trustee, is authorized under the supervision and with the assistance of the U.S. Marshal, to take all necessary steps to take possession of premises located at 172 Delaware Avenue, Haworth, New Jersey, including breaking open and entering said premises and evicting all persons located within said premises; and it is further

**ORDERED,** that anyone interfering with the execution of this Order is subject to arrest by the United States Marshal and/or his or her representative; and it is further

*Approved by Judge Donald H. Steckroth July 30, 2008*

**(Page 3)**

Debtor:              Stephen DiSalvo

Case No.:            07-20047 DHS

Caption of Order:    Amended Order Compelling Stephen and Josephine DiSalvo and any
                     other parties to Vacate Real Property

---

**ORDERED**, that Robert B. Wasserman, the Chapter 7 Trustee, on whose behalf the court issues this Order, will account completely for all property seized pursuant to this order and shall compile a written inventory of all such property and shall provide a copy to the U.S. Marshal, who shall include such a copy with his return to the court; and it is further

**ORDERED**, that Robert B. Wasserman, the Chapter 7 Trustee, on whose behalf the Court issues this Order, will act as substitute custodian of any and all property seized pursuant to this order and shall hold harmless the U.S. Marshal Service and its employees from any and all claims, asserted in any court or tribunal, arising from any acts, incidents, or occurrences in connection with the seizure and possession of the defendant property, including any third-party claims.

*Approved by Judge Donald H. Steckroth July 30, 2008*