US BANKRUPTCY COURT
FILED
NEWARK, NJ

08 SEP 30 AM 11: 02

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| WASSERMAN, JURISTA & STOLZ, P.C.<br>225 Millburn Avenue, Suite 207<br>PO Box 1029<br>Millburn, New Jersey 07041<br>Tele: (973) 467-2700 / Fax: (973) 467-8126<br>Counsel to the Chapter 7 Trustee<br>**SCOTT S. REVER (SR-1425)** |
| In Re:<br><br>**STEPHEN DiSALVO,**<br><br>      Debtor. |

Case No.: 07-20047

Honorable Donald H. Steckroth

Chapter: 7

Hearing Date: September 30, 2008 at 10:00 a.m.

**ORDER PURSUANT TO 11 U.S.C. §363(b) AND (f) AUTHORIZING THE TRUSTEE TO SELL CERTAIN REAL PROPERTY, FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS, AND AVOIDING LIENS PURSUANT TO 11 U.S.C. §544**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED.**

9-30-08

[Signature]
USBJ

**(Page 2)**

Debtor: Stephen DiSalvo

Case No.: 07-20047 (DHS)

Caption of Order: Order Pursuant to 11 U.S.C. §363(b) and (f) Authorizing the Trustee to Sell Certain Real Property, Free and Clear of Liens, Claims and Interests, and Avoiding Liens Pursuant to 11 U.S.C. §544

---

**THIS MATTER** having come on before the Court by reason of a Motion filed by Robert B. Wasserman, Chapter 7 Trustee in the above-captioned proceeding ("Trustee"), by and through his attorneys, Wasserman, Jurista & Stolz, P.C., seeking the entry of an Order authorizing the Trustee to sell certain real property, free and clear of liens, claims and interests, and avoiding liens pursuant to 11 U.S.C. §544, and a Notice of Proposed Private Sale having been distributed by the Clerk of the United States Bankruptcy Court for the District of New Jersey; and it appearing that no objections to the proposed sale have been filed within the time set by the Clerk or such objections have been resolved; and good and sufficient cause having been shown for the entry of this Order; it is hereby

**ORDERED**, that pursuant to 11 U.S.C. §363(b) and (f), the Trustee is hereby authorized to sell certain residential real estate known as 172 Delaware Avenue, Haworth, New Jersey (the "Property") to Peter Geiger, for the sum of $801,000.00, which sale shall be free and clear of liens, claims and interests, with valid liens to attach to the proceeds of sale in accordance with the applicable provisions of the Bankruptcy Code and further Order of this Court; and it is further

**(Page 3)**

| | |
|---|---|
| Debtor: | Stephen DiSalvo |
| Case No.: | 07-20047 (DHS) |
| Caption of Order: | Order Pursuant to 11 U.S.C. §363(b) and (f) Authorizing the Trustee to Sell Certain Real Property, Free and Clear of Liens, Claims and Interests, and Avoiding Liens Pursuant to 11 U.S.C. §544 |

---

**ORDERED**, that at the closing, the Trustee is hereby authorized to make such other payments that are necessary to transfer clear and marketable title to the Property; and it is further

**ORDERED**, that Stephen DiSalvo and Josephine DiSalvo, are hereby directed to execute any and all documents which may be required to consummate the proposed sale and to cooperate with the Trustee in delivering a clear and marketable title to the Property; and it is further

**ORDERED**, that the judgment lien held by Greenstar Enterprises, Inc. in the amount of $1,787,881.20 as judgment number DJ-175890-2006, be and is hereby avoided and removed from record; and it is further

**ORDERED**, that this Order shall not be stayed pursuant to F.R.B.P. 6004(g).